JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURKEY'S FLEET ELECTRIC, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>R.A. PHILLIPS INDUSTRIES, INC.; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:18-cv-02703 RGK (ASx)<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. R. Gary Klausner |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and according to the Stipulation of Dismissal with Prejudice executed by the parties through their counsel, the above-entitled action is hereby dismissed with prejudice.

DATED: March 5, 2019

_____
Honorable R. Gary Klausner
United States District Judge